**Opinion filed August 13, 2009**



In The

# Eleventh Court of Appeals

—————

## No. 11-09-00019-CR

—————

**JONATHAN S. GRAY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**

**Tarrant County, Texas**

**Trial Court Cause No. 1024754D**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment adjudicating guilt. We dismiss the appeal.

Jonathan S. Gray originally entered a plea of guilty to the fraudulent possession of Xanax, a controlled substance or prescription. The trial court deferred the adjudication of guilt and placed appellant on community supervision for three years. A fine of $300 was also imposed. At the hearing on the State's second motion to adjudicate, appellant entered pleas to three of the State's allegations. The trial court found that appellant had violated the terms and conditions of his

community supervision, revoked his community supervision, adjudicated his guilt, and assessed his punishment at confinement for seven years.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that she has concluded that the appeal is frivolous. Counsel has provided appellant with a copy of the brief and advised appellant of his right to review the record and file a response to counsel's brief. A response has not been filed. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

Following the procedures outlined in *Anders*, we have independently reviewed the record, and we agree that the appeal is without merit. We note that counsel has the responsibility to advise appellant that he may file a petition for discretionary review by the Texas Court of Criminal Appeals. *Ex parte Owens*, 206 S.W.3d 670 (Tex. Crim. App. 2006). Likewise, this court advises appellant that he may file a petition for discretionary review pursuant to TEX. R. APP. P. 66. *Black v. State*, 217 S.W.3d 687 (Tex. App.—Eastland 2007, no pet.).

The motion to withdraw is granted, and the appeal is dismissed.


PER CURIAM


August 13, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.